IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WAGENER,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHN NAVARRO,<br><br>        Defendant.<br>_____/ | 1:08-cv-00456-LJO-GSA (PC)<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #7)<br><br>THIRTY DAY DEADLINE |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 21, 2008, plaintiff filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted thirty (30) days from the date of service of this order in which to file objections to the findings and recommendations.

    IT IS SO ORDERED.

    Dated:   **April 30, 2008**              **/s/ Gary S. Austin**
                                                             UNITED STATES MAGISTRATE JUDGE