# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY WAGENER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOHN NAVARROW, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00456-LJO-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UNDER SECTION 1983<br><br>(Docs. 1 and 5) |

　　　Plaintiff Wendy Wagener ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On April 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff and which contained notice to Plaintiff that any Objection was to be filed within thirty days. After obtaining an extension of time, Plaintiff filed an Objection on June 2, 2008.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　Accordingly, IT IS HEREBY ORDERED that:

1.　　The Findings and Recommendations, filed April 2, 2008, is adopted in full; and

2.　　This action is dismissed, with prejudice, for failure to state a claim under section 1983.

IT IS SO ORDERED.

**Dated:　June 10, 2008**　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE